# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# HARRISONBURG DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Criminal Action No. 5:17cr0001 |
| | ) | |
| v. | ) | |
| | ) | |
| JOSHUA DILLON BURKHART, | ) | By: Michael F. Urbanski |
| | ) | United States District Judge |
| Defendant. | ) | |

## ORDER

This matter was referred to the Honorable Joel C. Hoppe, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(3), for the purpose of conducting a plea hearing and a plea colloquy under Rule 11 of the Federal Rules of Criminal Procedure and preparing proposed findings of fact and a recommendation as to the acceptance of such plea as tendered. The Magistrate Judge filed a report and recommendation on February 28, 2017, recommending that defendant's plea of guilty to a lesser included offense of Count 1 of the Indictment be accepted. No objections to the report and recommendation have been filed, and the court is of the opinion that the report and recommendation should be adopted in its entirety. Accordingly, **IT IS ORDERED** that said report and the findings and recommendation contained therein (ECF No. 34) are hereby **ACCEPTED IN WHOLE**, defendant's plea of guilty to a lesser included offense of Count 1 of the Indictment is **ACCEPTED**, and defendant is adjudged **GUILTY** as to that offense. The Clerk of Court hereby is directed to send a certified copy of this Order to all counsel of record.

Entered: 03-21-2017

/s/ *Michael F. Urbanski*

Michael F. Urbanski
United States District Judge